**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     In re CEVA Ground US, LP.

Appellate case number:   01-19-00760-CV

Trial court case number:  2019-27415

Trial court:              164th District Court of Harris County

Relator, CEVA Ground US, LP, has filed a petition for writ of mandamus challenging the trial court's August 23, 2019 order denying relator's motion to dismiss based on forum non conveniens. The Court requests that real parties in interest file a response to the petition by no later than **November 8, 2019.**

It is so ORDERED.

Judge's signature: _____/s/ Sarah B. Landau__
                      Acting individually

Date: _October 11, 2019_____